UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SANJAY SOOKUL, on behalf of himself and all other similarly situated,<br><br>       Plaintiff,<br><br>  -against-<br><br>OLIVELA INC.,<br><br>       Defendant. | Case No. 1:24-cv-02177 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

  Plaintiff commenced this action on March 22, 2024. On March 26, 2024, the Court ordered the parties to submit a joint letter within 45 days of service of the summons and complaint. ECF No. 5. On May 20, 2024, Plaintiff filed a proof of service indicating that Defendant was served in this action on April 5, 2024. ECF No. 6. Accordingly, Defendant's answer was due on April 26, 2024, *see* Fed. R. Civ. P. 12(a)(1)(A)(i), and the deadline to file the joint letter described in ECF No. 5 was May 20, 2024. Defendant has not answered or otherwise appeared, and the parties have not submitted the joint letter. Plaintiff is ordered to file a letter with proposed next steps no later than May 31, 2024. Plaintiff is also ordered to serve a copy of this letter on Defendant and file proof of service no later than June 7, 2024.

Dated: May 23, 2024
    New York, New York

                   SO ORDERED.

                   *Jennifer Rochon*
                   JENNIFER L. ROCHON
                   United States District Judge